United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF EMERYVILLE and the
EMERYVILLE REDEVELOPMENT
AGENCY,

    Plaintiffs,

  v.

ELEMENTIS PIGMENTS, INC., et al.,

    Defendants.
                           /

No. C 99-03719  WHA

**ORDER RE PENDING MOTION TO ENFORCE SETTLEMENT AGREEMENT**

        This action was filed on August 4, 1999, by the City of Emeryville and the Emeryville Redevelopment Agency alleging that defendant Sherwin-Williams (as well as others) contaminated a parcel of land at 4560-5500 Shellmound Street ("Site A").  After prolonged litigation, the parties entered into a settlement agreement whereby plaintiffs released claims against Sherwin-Williams.  The settlement agreement further provided that Sherwin-Williams was "entitled to protection from contribution and/or indemnity claims pursuant to federal and state law . . . ."  (Wick. Decl. Exh. B).  On May 1, 2006, the ERA filed a state-court action alleging that certain parties contaminated a parcel of land directly to the north of Site A.  Sherwin-Williams was one of the named defendants in the state-court action.  The other defendants, each denying liability, have filed cross-claims against each other seeking indemnity and/or contribution.  Sherwin-Williams now moves to enforce the settlement agreement, including the contribution provision.  Two of the defendants in the state-court action (who are

not parties to this case) have sent letters to the Court. One letter indicates a desire to intervene in this action. Accordingly, the Court will give **TWENTY CALENDER DAYS** for any party to file a motion to intervene and to file a response to the pending motion to enforce the settlement agreement. The hearing on Sherwin-Williams' motion is hereby **VACATED** and rescheduled for **OCTOBER 16, 2008, AT 8AM**.

**IT IS SO ORDERED.**

Dated: September 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE