IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY OF EMERYVILLE and the EMERYVILLE REDEVELOPMENT AGENCY,

    Plaintiffs,

v.

ELEMENTIS PIGMENTS, INC., a Delaware corporation; THE SHERWIN-WILLIAMS COMPANY, an Ohio corporation; PFIZER, INC., a Delaware corporation; A&J TRUCKING COMPANY, INC., a dissolved California corporation; BAKER HUGHES, INC., a Delaware corporation; ARTHUR M. SEPULVEDA and JOSEPHINE SEPULVEDA, individually and as TRUSTEES OF THE SEPULVEDA FAMILY LIVING TRUST; and THE SEPULVEDA FAMILY LIVING TRUST,

    Defendants.

No. C 99-03719 WHA

**REQUEST FOR RESPONSE RE DEFENDANT SHERWIN-WILLIAMS' MOTION TO ALTER OR AMEND JUDGMENT**

    The Court has received defendant Sherwin-Williams' motion to alter or amend judgment (Dkt. No. 210). Plaintiffs are requested to respond by Monday, November 24, 2008 at noon.

**IT IS SO ORDERED.**

Dated: November 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE