FILED

JUL 06 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF EMERYVILLE; et al., | Nos. 09-15018, 09-15248 |
| Plaintiffs - Appellees Cross-Appellants, | D.C. No. 3:99-cv-03719-WHA Northern District of California, San Francisco |
| HOWARD F. ROBINSON, Jr.; et al., | |
| Intervenors - Appellees, | ORDER |
| v. | |
| THE SHERMAN-WILLIAMS COMPANY, an Ohio corporation, | |
| Defendant - Appellant Cross-Appellee. | |

Court records do not reflect that appellant in No. 09-15018 has paid the docketing and filing fees. Within 14 days after the date of this order, appellant shall pay the fees to the district court and provide written proof of having done so to this court. Failure to do so may result in the automatic dismissal of this appeal. 9th Cir. R. 42-1.

Plaintiff's motion for voluntary dismissal of cross-appeal No. 09-15248 is granted. The cross- appeal is dismissed pursuant to Federal Rules of Appellate Procedure 42(b). No. 09-15018 shall remain in effect. The optional reply brief is due within 14 days after service of the answering brief.

Lking/6.29.09/Pro Mo

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court


Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

Lking/6.29.09/Pro Mo